TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00701-CV
 NO.  03-12-00765-CV
 
 




 

 

R. I., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 340th
 District Court OF Tom Green
 COUNTY 
 NOS. C-11-0016-CPS
 & C-11-0016-cps-1 
 The Honorable Jay K.
 Weatherby, JUDGE PRESIDING
 
 




 


 
 
                                                                      O
 R D E R
 PER CURIAM
 In each of the above causes, appellant R.I. filed her notice
 of appeal in the district court on October
 18, 2012.  In each cause, appellant’s
 brief was due on December 27, 2012.  To date, appellant’s brief has not been
 filed. 
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court’s
 final disposition).  The accelerated
 schedule requires greater compliance with briefing deadlines.  Therefore we order counsel to file
 appellant’s brief in each cause no later than January 29, 2013.  If the brief in
 each cause is not filed by that date, counsel may be required to show cause why she should
 not be held in contempt of court.
  
 It is ordered on January 14,
 2013.
  
 Before Justices Puryear, Pemberton and Rose